■ In the Matter of JAMES D. HANLON, Admitted as JAMES DANIEL HANLON.—Motion granted, report of hearing panel confirmed, and application by respondent for reinstatement as an attorney and counselor-at-law in the State of New York is denied. Concur—Kupferman, J. P., Carro, Asch, Ellerin and Smith, JJ.